

exception to immunity. Commonwealth Court, in holding to the contrary, erred.

Order reversed.

SAYLOR, J., concurs in the result.

■

**JEFFERSON COUNTY, a Political Subdivision of the Commonwealth of Pennsylvania, and the County Commissioners Association of Pennsylvania**

v.

**The COURT OF COMMON PLEAS OF JEFFERSON COUNTY, Pennsylvania, the 54th Judicial District.**

**Appeal of the County Commissioners Association of Pennsylvania.**

**Jefferson County, a Political Subdivision of the Commonwealth of Pennsylvania, and the County Commissioners Association of Pennsylvania**

v.

**The Court of Common Pleas of Jefferson County, Pennsylvania, The 54th Judicial District.**

**Appeal of the Jefferson County Commissioners.**

Supreme Court of Pennsylvania.

Dec. 20, 2000.

Jeffrey Lundy, Lukehart & Lundy, Punxsutawney, for Jefferson County.

Anthony T. McBeth, Robert L. Knupp, Knupp & Kodak, P.C., Harrisburg, for County Com'rs Ass'n of Pa.

Maryellen Gallagher, Philadelphia, for CCP Jefferson County.

***ORDER***

PER CURIAM:

**AND NOW,** this 20th day of December, 2000, the order of the Commonwealth Court is affirmed.

■

**Lawrence J. HARRINGTON, III, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 3, 1999.
Decided Dec. 22, 2000.

